UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AARON J. KRAWCZYK,

        Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

        Defendant.

Civil Action No. 10-CV-00225

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Aaron J. Krawczyk, hereby voluntarily dismisses this action against Defendant Cavalry Portfolio Services, LLC, with prejudice.

DATED:    May 19, 2010

_[signature]_
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884